CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christopher Andrew Sinfield**: DOB:1993; U.S. Citizen<br>**Jessi Lin Jenkins**: DOB:1995; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-00618 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 2, 2019, at or near Douglas, in the District of Arizona, **Christopher Andrew Sinfield** and **Jessi Lin Jenkins** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, Carolina Vaca-Munoz and Arnulfo Duran-Duran, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 2, 2019, Border Patrol agents observed a female with camouflage pants, suspected of being an illegal alien, attempting to conceal herself behind a tree at a residence in Douglas, Arizona. The female gestured for a male to come to her location. A black 2015 Chevrolet Silverado approached the area and the two individuals ran through the residence and got into the vehicle. The vehicle drove west and was stopped by agents. They identified the driver and registered owner of the Silverado as **Christopher Andrew Sinfield** and the front seat passenger as **Jessi Lin Jenkins**. Two passengers in the vehicle were determined to be illegal aliens from Mexico and were identified as Carolina Vaca-Munoz and Arnulfo Duran-Duran.

After waiving her *Miranda* rights, **Jenkins** said a male made arrangements with her and **Sinfield** to pick up people in Douglas and transport them to a motel. She said that they picked up two people and **Sinfield** was in contact with a male who guided them to a pick up location for the illegal aliens. **Jenkins** claimed that she and **Sinfield** had transported illegal aliens twice in the past week to Phoenix when the Border Patrol checkpoints were not operational. **Jenkins** claimed **Sinfield** arranged the details when picking up people and would handle the money and maintain contact with the smuggling coordinators.

The material witnesses Carolina Vaca-Munoz and Arnulfo Duran-Duran said they made arrangements to be smuggled into the U.S. Duran-Duran agreed to pay $7,000 for his smuggling arrangements. They crossed into the U.S. illegally and waited until the vehicle arrived and they got into the vehicle with a male driver and female passenger.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Carolina Vaca-Munoz and Arnulfo Duran-Duran

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>RW/drh<br>AUTHORIZED AUSA Rui Wang | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 3, 2019 |

1)   See Federal rules of Criminal Procedure Rules 3 and 54